

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00340-CV

_____

TRAVIS C. LEWIS, Appellant

V.

OVATION SERVICES, LLC, Appellee

On Appeal from the 96th District Court
Tarrant County, Texas
Trial Court No. 096-305723-19

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Kerr

# MEMORANDUM OPINION

Travis C. Lewis, proceeding pro se, attempts to appeal from the trial court's November 22, 2019 "Judgment for Delinquent Taxes, Foreclosure of Tax Liens and Order of Sale." Because no postjudgment motion was filed to extend the appellate deadline, Lewis's notice of appeal was due December 23, 2019. *See* Tex. R. App. P. 4.1(a), 26.1. But Lewis did not file his notice of appeal until October 27, 2020, making it untimely. *See* Tex. R. App. P. 26.1.

On November 23, 2020, we notified the parties by letter of our concern that we lack jurisdiction over this appeal because the notice of appeal was untimely filed. *See id.* We warned that we could dismiss this appeal for want of jurisdiction unless Lewis or any party wanting to continue the appeal filed a response by December 3, 2020, showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3(a), 44.3. We have received no response.

We do not have jurisdiction over an appeal absent a timely filed notice of appeal. *See Howlett v. Tarrant Cty.*, 301 S.W.3d 840, 843 (Tex. App.—Fort Worth 2009, pet. denied) (op. on reh'g) (citing *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997)); *see also* Tex. R. App. P. 2, 25.1(b), 26.1. Because Lewis did not timely file his notice of appeal, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 26.1, 42.3(a), 43.2(f).

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Delivered:  February 11, 2021